# The City of New York — Payroll Management System

## EMPLOYEE PAY STATEMENT

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|
| 004018 | 06/16/10 | 06/30/10 | 06/30/10 | 742 | 9999 | Q | 41092674 | 19K174 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS EX | STATE MS EX | REFERENCE # | C.D. | EMPLOYEE NAME | | |
|---|---|---|---|---|---|---|---|---|---|
| 798952 | BANK ABA NUMBER | 1 | A 01 | A 01 | 0848003 | 4 | LEWIS | RONDA | P |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2483.45 | 373.02 | 153.68 | 35.94 | 130.81 | | | 792.26 |
| YEAR TO DATE | 35937.20 | 5983.35 | 2224.52 | 520.25 | 1990.03 | | | **NET PAY** |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER | UNITS/HOUR | AMT. EARNED THIS PER | LEAVE BALANCE AS OF: 06/17/10 | | | 1691.19 |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | | 3041.25 | DESCRIPTION | BAL. AVAILABLE FM 988A PDDD | DESCRIPTION | BAL. AVAILABLE |
| ADJ GRSS BOE | | | | - 557.80 | | | | |

**DO NOT CASH BEFORE THE CHECK DATE**

### EARNINGS DATA / MESSAGES

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 55 PREM | 45.94 | | | HIP/HMO EMPE | 4.82 | | |
| HIP/BC EMPE | | | | UFT -U | 48.05 | | |

OTHER ITEMIZED DEDUCTIONS

REVISED 1-10

# The City of New York — EMPLOYEE PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | | PAY DATE | | PAYROLL # | WORK UNIT | CHECK NUMBER | | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|
| 004053 | 07/01/10 | 07/15/10 | 07/15/10 | | 742 | 9999 | Q | 41105508 | 19K174 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | | USN | FEDERAL MS EX | STATE MS EX | REFERENCE # | C.D. | EMPLOYEE NAME | |
|---|---|---|---|---|---|---|---|---|---|
| 798952 | BANK ABA NUMBER | | 1 | A 01 | A 01 | 0848003 | 4 | LEWIS | RONDA P |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 3041.25 | 509.87 | 188.22 | 44.02 | 169.02 | | | 1020.87 |
| YEAR TO DATE | 38978.45 | 6493.22 | 2412.74 | 564.27 | 2159.05 | | | **NET PAY** |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER. | LEAVE BALANCE AS OF: 07/02/10 | | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | | 3041.25 | DESCRIPTION / BAL. AVAILABLE HH:MM/DDD | DESCRIPTION / BAL. AVAILABLE HH:MM/DDD | | 2020.38 |

DO NOT CASH BEFORE THE CHECK DATE

**MESSAGES**

**EARNINGS DATA**

### OTHER ITEMIZED DEDUCTIONS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT PRO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT AG | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 55 PRGM | 56.26 | | | HIP/HMO EMPE | 5.43 | | |
| HIP/BC EMPE | | | | UFT -U | 48.05 | | |

REVISED 1-10

# The City of New York
## EMPLOYEE PAY STATEMENT
### Payroll Management System

| ITEM # | PAY PERIOD | | PAY DATE | | | PAYROLL # | WORK UNIT | CHECK NUMBER | | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|---|---|
| 004029 | 07/16/10 | 07/31/10 | 07/30/10 | | Q BANK | 742 | 9999 | Q | 41117635 | 19K174 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | JSN | FEDERAL MS EX | STATE MS EX | REFERENCE # | C.D. | EMPLOYEE NAME | | |
|---|---|---|---|---|---|---|---|---|---|
| 798952 | | 1 | A 01 | A 01 | 0848003 | 4 | LEWIS | RONDA | P |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 3041.25 | 509.87 | 188.22 | 44.02 | 169.02 | | | 1020.87 |
| YEAR TO DATE | 42019.70 | 7003.09 | 2600.96 | 608.29 | 2328.07 | | | **NET PAY** |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER. | LEAVE BALANCE AS OF: 07/17/10 | | | 2020.38 |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | 3041.25 | | | | | | |

| DESCRIPTION | BAL. AVAILABLE HH MM DDD | DESCRIPTION | BAL. AVAILABLE HH MM DDD |
|---|---|---|---|

DO NOT CASH BEFORE THE CHECK DATE

*MESSAGES*

*EARNINGS DATA*

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 55 PRGM | 56.26 | | | HIP/HMO EMPE | 5.43 | | |
| HIP/BC EMPE | | | | UFT    -U | 48.05 | | |

*OTHER ITEMIZED DEDUCTIONS*

*OTHER ITEMIZED DEDUCTIONS*

REVISED 1-10

# The City of New York — EMPLOYEE PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 004034 | 08/01/10 | 08/15/10 | 08/16/10 | 742 | 9999 Q | 41129753 | 19K174 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | ISN | FEDERAL MS/EX | STATE MS/EX | REFERENCE # | CO. | EMPLOYEE NAME | |
|---|---|---|---|---|---|---|---|---|
| 798952 | BANK ABA NUMBER | 1 | A 01 | A 01 | 0848003 | 4 | LEWIS RONDA | P |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 3041.25 | 509.87 | 188.22 | 44.02 | 169.02 | | | 1020.87 |
| YEAR TO DATE | 45060.95 | 7512.96 | 2789.18 | 652.31 | 2497.09 | | | |

**NET PAY:** 2020.38

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER. | UNITS/HOUR | AMT. EARNED THIS PER |
|---|---|---|---|---|
| REGULAR PAY | | 3041.25 | | |

LEAVE BALANCE AS OF: 08/03/10

| DESCRIPTION | BAL. AVAILABLE mt/MM/DDD | DESCRIPTION | BAL. AVAILABLE mt/MM/DDD |
|---|---|---|---|
| | | | |

DO NOT CASH BEFORE THE CHECK DATE

**MESSAGES**

## EARNINGS DATA

## OTHER ITEMIZED DEDUCTIONS

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 55 PRGM | 56.26 | | | HIP/HMO EMPE | 5.43 | | |
| HIP/BC EMPE | | | | UFT -U | 48.05 | | |

NEVISEO 1.10

# The City of New York — EMPLOYEE PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | | PAY DATE | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|---|
| 004033 | 08/16/10 | 08/31/10 | 08/31/10 | | 742 | 9999 Q | 41141870 | 19K174 |

| PENSION # | ELECTRONICS FUNDS TRANSFER INFORMATION | SSN | FEDERAL MS / EX | STATE MS / EX | REFERENCE # | E.D. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 798952 | BANK ABA NUMBER | 1 | A 01 | A 01 | 0848003 | 4 | LEWIS RONDA P |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 3041.25 | 509.87 | 188.22 | 44.02 | 169.02 | | | 1020.87 |
| YEAR TO DATE | 48102.20 | 8022.83 | 2977.40 | 696.33 | 2666.11 | | | NET PAY |

| DESCRIPTION | UNITS/HOUR | AMT. EARNED PRIOR PER | UNITS/HOUR | AMT. EARNED THIS PER | LEAVE BALANCE AS OF: 08/18/10 | | NET PAY 2020.38 |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | | 3041.25 | | | | | |

| DESCRIPTION | BAL. AVAILABLE HH:MM/DDD | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD |
|---|---|---|---|
| | | | |

DO NOT CASH BEFORE THE CHECK DATE

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT INC. | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO. | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRS 55 PRGM | 56.26 | | | HIP/HMO EMPE | 5.43 | | |
| HIP/BC EMPE | | | | UFT    -U | 48.05 | | |

OTHER ITEMIZED DEDUCTIONS

REVISED 1-10