# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

| | |
|---|---|
| IN RE: | CASE NO: 8–10–77638–reg |
| Ronda Paula Lewis | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–0293 | |
| DEBTOR(s) | |

## NOTICE OF FAILURE TO PAY FILING FEES IN CONNECTION WITH ELECTRONICALLY FILED BANKRUPTCY PETITION

## NOTICE TO DEBTOR

Notice is hereby given that:

The filing fee in the amount of $ 299.00 was not paid at the time of filing of the above–referenced bankruptcy case.

The fee must be paid in full within five (5) days of the date of this Notice, failing which the bankruptcy case may be dismissed.

Dated: October 1, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLpff1**[Notice to Debtor Re: Failure to Pay Filing Fees Electronically rev. 12/01/09]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8           User: malleyne            Page 1 of 1                Date Rcvd: Oct 01, 2010
Case: 10-77638                 Form ID: 263              Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 03, 2010.
db          +Ronda Paula Lewis,    56 Bluegrass Lane,   Levittown, NY 11756-1215

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2010**                              **Signature:**     *Joseph Speetjens*